as Executor, etc., of WILLARD C. LIPE, Deceased, and Another, Appellants, Respondents.— Same decision as in companion case last above. [*Parsons* v. *First Trust & Deposit Co.*, *ante*, p. 681.] Taylor and Crosby, JJ., dissent for the reasons set forth therein.

In the Matter of the Application of CHARLES J. CHRIST and Others, Appellants, for a Mandamus Order Directed to JOSEPH B. FORD and Others, Constituting the Buffalo Municipal Civil Service Commission, and Others, Respondents.— Order affirmed, with costs. Memorandum: Rule 6 of the local civil service commission is valid as an administrative measure. The position occupied by the incumbent Schwenk before the promotion fell within the same group as the position to which he was promoted (Part X), while the position of the relators does not. All concur, except Taylor, J., who dissents and votes for reversal on the law, and granting the motion for an order of peremptory mandamus for a competitive promotional examination. (The order denies a mandamus to compel defendants to conduct a competitive examination to fill a vacancy.)

HARLEY D. SMITH, as Administrator, etc., of GERTRUDE D. SMITH, Deceased, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 22300.)*— Judgment affirmed, with costs. All concur. (The judgment awards claimant damages in an automobile negligence action.) [See, also, 148 Misc. 524.]

WILLIAM H. HALSTED, Respondent, v. MICHAEL J. HEHIR and Others, Appellants, Impleaded with Others.— Judgment affirmed, with costs. All concur. (The judgment decrees foreclosure and sale in a mortgage foreclosure action.)

CHARLES BARON, Appellant, v. LOUIS M. BUNIS, Respondent.— Order affirmed, with costs. All concur. (The order sets aside a verdict for plaintiff and grants a new trial on newly-discovered evidence.)

In the Matter of the Intermediate Account of UNION TRUST COMPANY OF JAMESTOWN, N. Y., Administrator with the Will Annexed, etc., of MARTIN MERZ, Deceased, Appellant. MYRTLE MERZ MAHARON and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order directs a jury trial of an issue concerning the administrator's negligence in failing to sell securities.)

MARGRIET SOLLY, Respondent, v. ERIE COUNTY MOTOR COACH LINES, INCORPORATED, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment awards damages for personal injuries in an automobile negligence action. The order denies a motion for a new trial on the minutes.)

WALTER SOLLY, Respondent, v. ERIE COUNTY MOTOR COACH LINES, INCORPORATED, Appellant.— Judgment and order affirmed, with costs. All concur. The judgment awards damages for personal injuries in an automobile negligence action. The order denies a motion for a new trial on the minutes.)

GEORGE D. NEWTON, as Committee of the Person and Estate of MICHAEL P. BUCKLEY, an Incompetent Person, Appellant, v. LIVINGSTON COUNTY TRUST COMPANY, Respondent.— Judgment affirmed, with costs. All concur, except Thompson and Lewis, JJ., who dissent and vote for reversal on the law. (The judgment dismisses the complaint in an action to recover for negligence in permitting former committee to misappropriate money.)

FIRST TRUST AND DEPOSIT COMPANY, Appellant, v. MARY E. McCARTHY, Respondent.— Order reversed on the facts, with ten dollars costs and disburse-

* Affg. 154 Misc. 849.